USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/10/2020



ATTORNEYS AT LAW / A PROFESSIONAL CORPORATION

**Ronald P. Schiller**
Direct Dial: 215.496.7020
E-mail: rschiller@hangley.com

One Logan Square
27th Floor
Philadelphia, PA 19103
215.568.0300/facsimile
www.hangley.com

PHILADELPHIA, PA

CHERRY HILL, NJ

HARRISBURG, PA

NORRISTOWN, PA

March 9, 2020

Application GRANTED. The initial pretrial conference, scheduled for April 9, 2020, is ADJOURNED to April 16, 2020, at 10:40 a.m.

Plaintiff shall serve this order on Defendant, and file proof of such service on ECF, by March 17, 2020.

**Via ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dated: March 10, 2020

New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:  *Ill. Union Ins. Co. v. Acer Restorations LLC*, 20 Civ. 1086 (LGS) (S.D.N.Y.)

Dear Judge Schofield:

I am principal trial counsel for plaintiffs Illinois Union Insurance Company and ACE Property and Casualty Insurance Company in the above-captioned matter. I write to request the adjournment of the initial pretrial conference in this matter, currently scheduled for April 9, 2020 at 10:40 a.m. There is a compelling reason for adjournment of the conference because I am scheduled to present oral argument on that day in Santa Fe, New Mexico before the Honorable Francis J. Mathew of the First Judicial District Court, County of Santa Fe, State of New Mexico, in *Sperling ex rel. Botello v. Community Insurance Group SPC, Ltd.*, No. D-101-CV-2019-01747 (N.M. 1st Judicial Dist. Ct.), beginning at 9:00 a.m. Mountain Daylight Time (11:00 Eastern Daylight Time).

I request that the conference be adjourned to a later date at the convenience of the Court. I am available to participate on April 13, 30, or May 1. I have not made any previous requests for adjournment or extension of time in this matter. By letter dated February 28, 2020, I asked defendant to notify me by March 6, 2020 whether it consented to this adjournment; I have not

received a response. If the adjournment is granted, I will notify defendant of the new date and time for the conference.

Respectfully,

Ronald P. Schiller

RPS/tnb
cc: Acer Restorations LLC
514 Lafayette Avenue
Wyckoff, NJ 07481
(via first-class mail)