UNITED STATES DISTRICT COURT
SOFTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILLINOIS UNION INSURANCE COMPANY, et al.,

         Plaintiffs,

   -against-

ACER RESTORATIONS LLC,

         Defendant.
------------------------------------------------------------X

20 Civ. 1086 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 9, 2020, Plaintiffs filed an affidavit of service (Dkt. No. 9) stating that Defendant was served on February 24, 2020;

WHEREAS, Defendant was required to respond to the Complaint by March 16, 2020;

WHEREAS, Defendant has not appeared in this case and has not timely responded to the Complaint.

WHEREAS, an initial pretrial conference is scheduled for April 16, 2020. It is hereby

**ORDERED** that, if Defendant continues to fail to appear, Plaintiffs shall move for default judgment pursuant to Attachment A of the Court's Individual Rules by **April 30, 2020**. It is further

**ORDERED** that the initial pretrial conference is ADJOURNED to **May 21, 2020, at 10:40 a.m.** It is further

**ORDERED** that Plaintiffs shall serve a copy of this Order on Defendant, and shall file an affidavit of service no later than **April 15, 2020**.

Dated: April 10, 2020
   New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**