UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILLINOIS UNION INSURANCE COMPANY, et al.

                Plaintiffs,

-against-

ACER RESTORATIONS LLC,

                Defendant.
------------------------------------------------------------X

20 Civ. 1086 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, all claims in this case have been resolved and judgment as to Counts I and II of the Complaint has been entered in favor of Plaintiff. Dkt. No. 59.

The Clerk of Court is respectfully directed to close this case.

Dated: May 27, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
UNITED STATES DISTRICT JUDGE